**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Matthew John DEVINS, Defendant–**
**Appellant.**

**No. 15–30253.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2016.*

Filed April 18, 2016.

Ian L. Garriques, Assistant U.S., DOJ–USAO, Yakima, WA, for Plaintiff–Appellee.

Troy Joseph Lee, Troy Lee & Associates, Yakima, WA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FARRIS, TALLMAN, and BYBEE, Circuit Judges.

**MEMORANDUM** **

Matthew John Devins appeals from the revocation of supervised release and six-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Devins's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Devins the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.